IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEAN BERTON SAINT-FLEUR,

    Petitioner,

v.                                       CASE NO. 4:05-cv-00320-MP-AK

JAMES CROSBY, JR,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 5, Report and Recommendations of the Magistrate Judge, recommending that this habeas action be transferred to the district containing the court of conviction, the Southern District of Florida. No objections have been filed, and the time for filing objections has passed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This clerk is directed to transfer this action to the United States District Court for the Southern District of Florida for all further proceedings.

**DONE AND ORDERED** this *6th* day of January, 2006

                        *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge